IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| RICHARD N TAWE, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL NO. 2:16-CV-76 |
| | § | |
| MARKESE K REO, *et al*, | § | |
| | § | |
| Defendants. | § | |

# ORDER

The Court is in receipt of Plaintiff's Motion for Relief from a Judgment or Order, Dkt. No. 67; Defendants' Response in Opposition to Plaintiff's Motion for Relief From a Judgment, Dkt. No. 70; Plaintiff's Motion for Damages, Dkt. No. 68; Defendants' Response in Opposition to Plaintiff's Motion for Damages, Dkt. No. 69; the Magistrate Judge's Memorandum and Recommendation ("M&R"), Dkt. No. 71; and Plaintiff's objections to the M&R, Dkt. No. 73.

After independently reviewing the record and applicable law, the Court **ADOPTS** the M&R, Dkt. No. 71. Accordingly, the Court **DENIES** Plaintiff's motions, Dkt. Nos. 67 and 68.

SIGNED this 21st day of June 2019.

_____
Hilda Tagle
Senior United States District Judge